IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| FRANK NEAL CAPPAS,<br><br>    **Plaintiff,**<br><br>        **v.**<br><br>SARTORIUS STEDIM NORTHAMERICA, INC., *et al.,*<br><br>    **Defendants.** | **CIVIL NO.** 14-1166 (JAG) |

**OPINION & ORDER**

GARCIA-GREGORY, D.J.

   Before the Court are two motions to dismiss filed on August 5, 2014, by co-defendants Chase Doors Holding, Inc. and Sartorius Stedim North America, Inc. (Docket Nos. 12 and 13). Over two months have passed and, yet, Plaintiff Frank Neal Cappa has failed to oppose either motion. Therefore, and because we find that the result would not injure equity, the motions are hereby GRANTED. See Rodriguez-Salgado v. Somoza-Colombani, 937 F.Supp.2d 206, 210-211 (D.P.R. 2013) ("[L]itigants should take note that failure to oppose a motion in the District of Puerto Rico authorizes the presiding district judge to summarily grant the unopposed motion, at least when the result does not clearly offend equity."). This case shall be dismissed WITHOUT PREJUDICE.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of October, 2014.

                                          <u>S/ Jay A. Garcia-Gregory</u>
                                          JAY A. GARCIA-GREGORY
                                          United States District Judge